UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

KEVIN SPRUILL,

                                Plaintiff,    **NOTICE OF APPEARANCE**

-against-

THE CITY OF NEW YORK, et al.,                  **07 CV 11069 (LTS)**

                              Defendants.

                                                **FILED BY ECF**

------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendants City Of New York, Police Commissioner Raymond W. Kelly, Deputy Inspector Barrere, and Police Officer Bernice Gracia, and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated:  New York, New York
          March 4, 2008

                                              MICHAEL A. CARDOZO
                                              Corporation Counsel of
                                              the City of New York
                                              100 Church Street
                                              New York, New York 10007
                                              (212) 788-0987
                                              Fax: (212) 788-9776

                                              By:
                                              _____/S/_____
                                              Brian G. Maxey
                                              Assistant Corporation Counsel