# STOLL, GLICKMAN & BELLINA LLP ATTORNEYS AT LAW

71 Nevins Street
Brooklyn, NY 11217

P: (718) 852-3710
F: (718) 852-3586

www.stollglickman.com

APR - 7 2008

**MEMO ENDORSED**

VIA FACSIMILE: (212) 805-4258
Honorable Magistrate Judge Debra Freeman
U.S. District Court, SDNY
40 Centre Street, Room 631
New York, NY 10007

April 07, 2008

Re: <u>Kevin Spruill v. City of New York et al,</u>
07CV11069

Your Honor,

I am plaintiff's counsel in the above-referenced case that has recently been referred to this Court for General Pretrial purposes by Judge Laura Swain. With the consent of Brian Maxey, Assistant Corporation Counsel for the defendants, plaintiff writes to request permission to amend his complaint to add Captain Corey Pegues and Sergeant Rshaun Jenkins as defendants. This is plaintiff's first request to amend his complaint.

Very truly yours,

Cynthia Conti-Cook, #CC0778
Associate, Stoll Glickman & Bellina L.L.P.

SO ORDERED:   DATE: 5/8/08

DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

CC: ACC Brian Maxey
Corporation Counsel, City of New York
100 Church Street, Fl. 4
New York, NY 10007
VIA FACSIMILE: 212-788-9776